

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2021

No. 04-21-00430-CV

**TEXAS DEPARTMENT OF TRANSPORTATION** and James M. Bass,
Appellants

v.

**ROBERT DIXON TIPS PROPERTIES, LLC,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10003
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellants' brief was originally due November 8, 2021. On November 5, 2021, appellants filed a "First Motion for an Extension of Time to File Appellants' Brief," which requested an extension of appellants' briefing deadline until December 8, 2021. On November 9, 2021, appellants filed an "Amended First Motion for an Extension of Time to File Appellants' Brief." The two motions differ only in their certificates of conference; like the original motion, the only relief requested in the amended motion was an extension of appellants' briefing deadline until December 8, 2021.

By order issued November 9, 2021, this court granted appellants' "First Motion for an Extension of Time to File Appellants' Brief" and extended appellants' briefing deadline until December 8, 2021. Accordingly, appellants' "Amended First Motion for an Extension of Time to File Appellants' Brief" is **DENIED AS MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court